Steven Behart
#2436385
2101 FM.369 N,
Iowa Park, Texas 76367

Clerk for: Jane Hendrix
United States District
Judge For the Northern
District of Texas,

To: Judge Hendrix    Date 7-10-23

6:23-cv-43

As I am Lament to the Law and at the Mercy of my peers... I begg the High court's To help me, a ward of the State, get protection From: Texas Department of criminal Justice. T.D.C.J Emplayee's placed me in a 2 Man cell with an Inmate doing Two Life sentences For capital Murder. This inmate is way bigger than me. I've only got Four years on a Non Aggravated sentence left. So the time difference is Emence. On 7-7-23 Inmate Danny C. Diaz No.0213308 Assaulted me and beat my Head off the metal sink at Two Am. - He told the officer at Breakfast to move one of us, or He would Assault—

-Every day till they moved one of us. This officer stated He would tell the suppervisor, and it's up to Him. At lunch that same morning, ~~Inmate~~ Diaz Told Officer: Blackshire That He had beat me up and would continue to do it till they moved one of us. Officer: Blackshire stated He would pass it on to a suppervisor also. I showed Blackshire and the nightshift officer My Face, My Head is swollen like a beach ball and I have a deep abraision, bruse, going down the whole left side of my Face. ~~H~~ We've been on lockdown the whole time.

---

On 7-8-23 on or around 8:00 pm me and my cellie were laying down, sleeping. check Pod camra Footage, SRG. Diaz the cop-with Officer: Allison, you can view camra, No officer walked for a while, but Officer SRG. Diaz put on Gloves and pulled Her mace canister; Fogger;-

and the camera will Reflect, Pre-medditation, They, Allison and Diaz, snuck to my cell Front Poped the Tray trap and Fogged us. She had the gass out with pin pulled before she came to my tray trapp. With The Pre-meditated Intention to Aggrivated Assault a ward of the State. As she sprayed she said: drop the Razor - But SRG. Diaz placed my celly on suicide watch saying He tried to hang Himself. See officer, Allisons Report about a Razor. See pod vidio as well as I.C.S. report and Vidio From camra to see the Facts. H officer Allison Stated He would Tell you it was Fucked up and tell you the Truth. H Judge: Hendrix Please view The officer's Response camra Footage. You'll see the officer's kept comming to my cell opening the trap and Emptying Fogger after Fogger Gassing us For NO

Reason. You can see me pulling Hands through the trap trying to cuff up multiple times and the officers kept Gassing and clossing the trap on my Hands.

The officers took me to a small Holding cell in the Northern sally port Room. See camra Footage. I told Lt. Conedo Im 44 yrs. old and I needed medical and I told Her everything els. ON 7-8-23 You can view camra Footage of small Holding cell, LT. Conedo at 8:40 pm refused me water, decontamination, and I didn't recieve medical till 11:40 pm or latter. I was tortured the whole time I was in the small Holding cell. See camra Footage. No one Decontaminated my cell. See pod camra Footage. See my Face and Head where I was Assaulted By an Inmate Brutally that's

RJ#5

In prison for Two life sentences for capital murder. See how it was Elligal for T.D.C.J to cell us up together.

Then Lt. Conedo Refused to Decontaminate my cell. Three or four Foggers is an accessive force. These officers not only allowed me to be assaulted that they Elligally placed in my cell, let continually assault me, Then The officers, Proven, pod camra, Elligally Pre-meditatedly Assaulted me. On camra - they Refused me water and Medical for over 2 Hours. Did not contaminate my cell. Then it's all Proven on camra and with T.D.C.J's indepth Reports. As a ward of the state my life is seriouse physical injurry, as I was physically Aggrivatedly assaulted by Inmate thats violent and we do not match up to be cellie's. Then officers Assaulted me -

Refused me decontamination and Medical for Hourse on camra. I need an Emergency civil Littigation Packet For my protection As Everything I said is proven, with camras and staff reports, I thank you, the High courts, Judge Hendrix. I don't lie to you. so I swear under penalty of purgery that the Forgoing is Fact.

I steven G. Rehart    Date 7-10-23

X Steven G. Rehart

Please send me a civil Emergency Littigation Packet.

Godspeed and Thank you

NAME Steven G. Rehart
TDC# 2436385
2101 FM 369 N
IOWA PARK, TEXAS 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
14 JUL 2023 PM 6 L

Clerk: Judge James Hendrix
United States District Court
Federal Judge For the Northern
District of Texas.
33 East Twohig, Room #202
SanAngelo, Tx. 76903

76903-648352

**LEGAL**

Official Business
Legal Mail
7-10-23

Legal Mail
Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION

RECEIVED
JUL 21 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS